Tyler J. Woods (State Bar No. 232464)
  twoods@trialnewport.com
Richard H. Hikida (State Bar No. 196149)
  rhikida@trialnewport.com
Scott J. Ferrell (State Bar No. 202091)
  sferrell@trialnewport.com
**NEWPORT TRIAL GROUP**
A Professional Corporation
4100 Newport Place, Suite 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| THERMOLIFE INTERNATIONAL, LLC, | Case No. 13cv0884-WQH-KSC |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| vs. | |
| LEADING EDGE HERBALS | |
| Defendants | |

**NOTICE OF VOLUNTARY DISMISSAL**                              Case No.: 13cv00884-WQH-KSC

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ThermoLife
2  International, LLC voluntarily dismisses with prejudice this action against Leading
3  Edge Herbals.  Defendant has not yet filed or served an answer to Plaintiff's Complaint.
4
5  Dated: April 15, 2013                              NEWPOT TRIAL GROUP
6
7                                                     */S/Tyler J Woods*
8                                                     Tyler J. Woods
                                                      Attorney for Plaintiff
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -

**NOTICE OF VOLUNTARY DISMISSAL**                    Case No.  13cv00884- WQH-KSC

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2013, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                                                        */s/Tyler J Woods*
                                                                          Tyler J Woods